```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         NORTHERN DIVISION

BRIAN SURDYKE,                  )
                                )
          Plaintiff,            )
                                )
     v.                         )    No. 4:05-CV-784 (CEJ)
                                )
LARRY CRAWFORD, et al.,         )
                                )
          Defendants.           )
```

### JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendants Steve Long and James Purkett and against plaintiff Brian Surdyke. The parties shall bear their respective costs.

```
                                 _____
                                 CAROL E. JACKSON
                                 UNITED STATES DISTRICT JUDGE
```

Dated this 27th day of August, 2007.